Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Michael A. Slater (SBN 318899)
E-mail: mslater@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendant
SAN JOAQUIN COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRASLEY; ANTONIA BRASLEY; PRESTON GREGORY; TOMIA GAYLES SAGOTE; HERMAN GAYLES; KEVIN BRASLEY, JR.; ANTONIO BRASLEY, KENNETH BRASLEY; KEVOUSIE BRASLEY; ISSAC BRASLEY; ANTEVIN BRASLEY, and MARY BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON; DANIEL BURKE; PATRICK FRANDO; ABEL HINOJOS; SAN JOAQUIN COUNTY; DOE 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01967-JAM-CKD<br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME FOR DEFENDANT SAN JOAQUIN COUNTY TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs Kevin Brasley, Antonia Brasley, Preston Gregory, Tomia Gayles Sagote, Herman Gayles, Kevin Brasley, Jr., Antonio Brasley, Kenneth Brasley, Kevousie Brasley, Issac Brasley, Antevin Brasley, and Mary Bryant (collectively, "Plaintiffs") and Defendant San Joaquin County (the "County") (altogether collectively, the "parties"), by and through their attorneys of record in the above-captioned matter, hereby stipulate and agree that:

WHEREAS, Plaintiffs filed their Complaint on October 1, 2020 (Dkt. No. 1);

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

STIPULATION & ORDER FURTHER
EXTENDING COUNTY'S TIME TO
RESPOND TO COMPLAINT

1  WHEREAS, Plaintiffs served the County with the Summons and Complaint on December 14, 2020;

2  WHEREAS, pursuant to Federal Rule of Civil Procedure ("Rule") 12(a)(1)(A)(i), the County's original deadline for responding to Plaintiffs' Complaint was January 4, 2021;

3  WHEREAS, Local Rule 144(a) of the United States District Court for the Eastern District of California ("L.R.") authorizes parties to stipulate to an extension of time to respond to a complaint without leave of court and without court approval so long as all parties who have appeared and are affected by the extension consent and the extension of time is no longer than 28 days;

4  WHEREAS, pursuant to L.R. 144(a), on December 23, 2020, the parties stipulated to extend the County's deadline for responding to Plaintiffs' Complaint from January 4, 2021, to January 18, 2021, without leave of court and without court approval (Dkt. No. 8);

5  WHEREAS, pursuant to Rule 6(a)(1)(C), because January 18, 2021, is a legal holiday, the County's deadline for responding to Plaintiffs' Complaint is January 19, 2021;

6  WHEREAS, pursuant to Judge Mendez's "Order Re Filing Requirements" (Dkt. 3-2), on December 31, 2020, the parties met and conferred to attempt to informally resolve the issues to be raised in the County's contemplated motion to dismiss and/or motion to strike Plaintiffs' Complaint.

7  WHEREAS, on December 31, 2020, Plaintiffs' counsel indicated their intention to file a first amended complaint after the new year, which Plaintiffs' counsel anticipated would resolve many or all of the issues which would have been raised in the County's contemplated motion to dismiss and/or motion to strike Plaintiffs' Complaint;

8  WHEREAS, on December 21, 2020, Defendants City of Stockton, Daniel Burke, Patrick Frando, Abel Hinojos (collectively, the "City of Stockton Defendants") filed a motion to dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(6) (Dkt. No. 6);

9  WHEREAS, more than 21 days have passed since the City of Stockton Defendants filed their motion to dismiss Plaintiffs' Complaint;

10  WHEREAS, pursuant to Rules 15(a)(1)(B) and (a)(2), Plaintiffs intend to seek leave to

file a first amended complaint by way of stipulation and order;

WHEREAS, should this Court grant the parties' contemplated stipulation and order granting Plaintiffs with leave to file a first amended complaint, Plaintiffs intend to file their first amended complaint by February 9, 2021;

WHEREAS, Plaintiffs' filing of a first amended complaint will obviate the need for the County to respond to Plaintiffs' original Complaint;

WHEREAS, the County is seeking an additional 21-day extension of time to respond to the Complaint by February 9, 2021;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the County shall file its response to Plaintiffs' Complaint by February 9, 2021;

**IT IS SO STIPULATED.**

Dated: January 19, 2021                **POINTER & BUELNA, LLP**

By: */s/ Patrick M. Buelna*
Adante D. Pointer
Patrick M. Buelna
Attorneys for Plaintiffs
KEVIN BRASLEY, ANTONIA BRASLEY, PRESTON GREGORY, TOMIA GAYLES SAGOTE, HERMAN GAYLES, KEVIN BRASLEY, JR., ANTONIO BRASLEY, KENNETH BRASLEY, KEVOUSIE BRASLEY, ISSAC BRASLEY, ANTEVIN BRASLEY, and MARY BRYANT

Dated: January 19, 2021                **BURKE, WILLIAMS & SORENSEN, LLP**

By: */s/ Michael S. Slater*
Gregory B. Thomas
Michael A. Slater
Attorneys for Defendant
SAN JOAQUIN COUNTY

/ / /

**SIGNATURE ATTESTATION**

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

By: */s/ Michael A. Slater*
       Michael A. Slater

## **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

The County's deadline to file a responsive pleading to Plaintiff's Complaint is extended to February 9, 2021.

**IT IS SO ORDERED.**

Dated:  January 19, 2021					/s/ John A. Mendez
						THE HONORABLE JOHN A. MENDEZ
						UNITED STATES DISTRICT COURT JUDGE