Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
Michael A. Slater (SBN 318899)
E-mail:  mslater@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612-3501
Tel:  510.273.8780   Fax:  510.839.9104

Attorneys for Defendant
SAN JOAQUIN COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRASLEY; ANTONIA BRASLEY; PRESTON GREGORY; TOMIA GAYLES SAGOTE; HERMAN GAYLES; KEVIN BRASLEY, JR.; ANTONIO BRASLEY, KENNETH BRASLEY; KEVOUSIE BRASLEY; ISSAC BRASLEY; ANTEVIN BRASLEY, and MARY BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON; DANIEL BURKE; PATRICK FRANDO; ABEL HINOJOS; SAN JOAQUIN COUNTY; DOE 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.  2:20-cv-01967-JAM-CKD<br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME FOR DEFENDANT SAN JOAQUIN COUNTY TO RESPOND TO PLAINTIFFS' COMPLAINT** |

  Plaintiffs Kevin Brasley, Antonia Brasley, Preston Gregory, Tomia Gayles Sagote, Herman Gayles, Kevin Brasley, Jr., Antonio Brasley, Kenneth Brasley, Kevousie Brasley, Issac Brasley, Antevin Brasley, and Mary Bryant (collectively, "Plaintiffs") and Defendant San Joaquin County (the "County"), by and through their attorneys of record in the above-captioned matter, hereby stipulate and agree that:

  WHEREAS, Plaintiffs filed their Complaint on October 1, 2020, asserting a total of five

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

STIPULATION & ORDER FURTHER
EXTENDING COUNTY'S TIME TO
RESPOND TO COMPLAINT

1  claims under various constitutional and state law theories. (Dkt. No. 1);

2  WHEREAS, on December 12, 2020, Defendants City of Stockton, Patrick Frando, Abel Hinojos and Daniel Burke (collectively, the "Stockton City Defendants") filed a motion to dismiss Plaintiffs' Complaint as to their Fourteenth Amendment Substantive Due Process Claim for Familial Association, but not all claims; (Dkt. No. 6);

WHEREAS, pursuant to Judge Mendez's "Order Re Filing Requirements" (Dkt. No. 3-2), on December 31, 2020, Plaintiffs and the County met and conferred to attempt to informally resolve the issues to be raised in the County's contemplated motion to dismiss and/or motion to strike Plaintiffs' Complaint;

WHEREAS, on January 20, 2021, this Court granted Plaintiffs and the County's stipulation extending the County's deadline to file a responsive pleading to Plaintiffs' Complaint to February 9, 2021 (Dkt. No. 10);

WHEREAS, on February 3, 2021, this Court ordered the Stockton City Defendants' motion to dismiss submitted without appearance and without oral argument and vacated the hearing on said motion (Dkt. No. 13);

WHEREAS, should this Court grant the Stockton City Defendants' motion to dismiss, Plaintiffs intend to file a First Amended Complaint pursuant to Rules 15(a)(1)(B) and (a)(2), which would obviate the need for the County to respond to the Complaint;

WHEREAS, should this Court deny the Stockton City Defendants' motion to dismiss, Plaintiffs' Complaint will remain the operative complaint for purposes of the County's responsive pleading obligations;

WHEREAS, should this Court deny the Stockton City Defendants' motion to dismiss, Plaintiffs and the County will engage in additional meet and confer efforts to informally resolve issues to be raised in any Rule 12 motions contemplated by the County;

WHEREFORE, Plaintiffs and the County jointly seek an additional extension of time for the County to respond to the Complaint within 21 days of this Court's order regarding the Stockton City Defendants' motion to dismiss or the filing of a First Amended Complaint, whichever is later.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and the County, through their respective counsel, that the County shall file its response to Plaintiffs' Complaint within 21 days of this Court's order regarding the Stockton City Defendants' motion to dismiss or the filing of a First Amended Complaint, whichever is later.

**IT IS SO STIPULATED.**

As authorized on: February 4, 2021   **POINTER & BUELNA, LLP**

By:  */s/ Patrick M. Buelna*
Adante D. Pointer
Patrick M. Buelna
Attorneys for Plaintiffs
KEVIN BRASLEY, ANTONIA BRASLEY, PRESTON GREGORY, TOMIA GAYLES SAGOTE, HERMAN GAYLES, KEVIN BRASLEY, JR., ANTONIO BRASLEY, KENNETH BRASLEY, KEVOUSIE BRASLEY, ISSAC BRASLEY, ANTEVIN BRASLEY, and MARY BRYANT

Dated: February 5, 2021   **BURKE, WILLIAMS & SORENSEN, LLP**

By: */s/ Michael S. Slater*
Gregory B. Thomas
Michael A. Slater
Attorneys for Defendant
SAN JOAQUIN COUNTY

### SIGNATURE ATTESTATION

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

By: */s/ Michael A. Slater*
Michael A. Slater

## **ORDER**

The Court, having duly considered the parties' stipulation set forth above, and good cause appearing, orders as follows:

The County's deadline to file a responsive pleading to Plaintiffs' Complaint is extended to twenty-one (21) days after the Court rules on the Stockton City Defendants' motion to dismiss Plaintiffs' Complaint or the filing of a First Amended Complaint, whichever is later.

**IT IS SO ORDERED.**

DATED:  February 5, 2021                         /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE