**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**
Adante D. Pointer (236229)
Patrick M. Buelna (317043)
1901 Harrison Street, Suite 140
Oakland, California 94612
(707) 805-7805
apointer@lawyersftp.com
pbuelna@lawyersftp.com

THORN LAW FIRM
Douglas R. Thorn (133521)
1380 Lead Hill Boulevard
First Floor, Suite 106
Roseville, California 95661
 (916) 768-9311
doug@dougthorn.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRASLEY, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, et al.<br>. | Case No.: 2:20-cv-01967-JAM-CKD<br><br>STIPULATION AND ORDER GRANTING PLAINTIFF(S) LEAVE TO FILE ASMENDED COMPLAINT |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiffs filed their Complaint on October 1, 2020. (Doc. 1)

WHEREAS, Defendant City filed a Motion to Dismiss Plaintiff's Fourteenth Amendment Familial Loss claim on August 13, 2020. (Doc. 6)

WHEREAS, the Court granted the parties request for Defendant County's responsive pleading to be due after the Court ruled on Defendant City's motion to dismiss on February 5, 2021. (Doc. 15).

WHEREAS, the Court granted Defendant's motion to dismiss Plaintiffs' Familial Loss claim with prejudice on February 16, 2021. (Doc. 16).

WHEREAS, Defendants raised particular issues with Plaintiffs' operative complaint, the parties met and conferred and Plaintiffs agreed to stipulated to filing a First Amended Complaint to address those issues.

WHEREAS, there is GOOD CAUSE to amend the complaint because none of the Defendants have answered and the parties have agreed to resolve certain issues with judicial involvement. Therefore, the parties stipulate and jointly request for the Court to GRANT Plaintiffs leave to file a First Amended Complaint.

Upon the Court granting this Stipulation and Proposed Order, Plaintiffs shall cause to be filed with the Court their First Amended Complaint within fourteen (14) days of the Court's order; and,

It is stipulated and agreed upon by the parties that Defendants reserve all rights to move, plead or otherwise respond as appropriate, and shall file responsive pleadings to the First Amended Complaint within twenty-eight (28) days of the filing and service of the First Amended Complaint.

IT IS SO STIPULATED.

Dated:  March 1, 2021

                ___/s/_Patrick M. Buelna_____
                PATRICK M. BUELNA
                Attorneys for Plaintiff

Dated:  March 1, 2021

                ___/s/Michael Slater_____
                MICHAEL SLATER

Attorneys for Defendants

Dated: March 1, 2021

   /s/Jamil Ghannam
JAMIL GHANNAM
Attorneys for Defendants

/
/
/

**IT IS SO ORDERED.**

Dated: March 8, 2021     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE