DANA A. SUNTAG, (State Bar No. 125127)
JOSHUA J. STEVENS, (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700/Facsimile: (209) 472-7986
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for Defendants
CITY OF STOCKTON, DANIEL BURKE, PATRICK FRANDO, and ABEL HINOJOS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN BRASLEY, an individual; ANTONIA BRASLEY, an individual; ANTONIO BRASLEY, an individual; KENNETH BRASLEY, an individual; ISAAC BRASLEY, an individual; ANTEVIN BRASLEY, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a municipal corporation; DANIEL BURKE, in his individual capacity as a law enforcement officer; PATRICK FRANDO, in his individual capacity as a law enforcement officer; ABEL HINOJOS, in his individual capacity as a law enforcement officer; SAN JOAQUIN COUNTY, a municipal corporation; Doe 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01967-JAM-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS CITY OF STOCKTON, DANIEL BURKE, PATRICK FRANDO, AND ABEL HINOJOS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**[no hearing requested]** |

1

STIPULATION TO EXTEND DEFENDANTS CITY OF STOCKTON, DANIEL BURKE, PATRICK FRANDO, AND ABEL HINOJOS' TIME TO RESPOND TO PLAINTIFFS' FAC & ORDER

Plaintiffs Kevin Brasley, Antonia Brasley, Antonio Brasley, Kenneth Brasley, Isaac Brasley, and Antevin Brasley (collectively "Plaintiffs"), and Defendants City of Stockton, Daniel Burke, Patrick Frando, and Abel Hinojos (collectively "Defendants") (jointly, "the parties"), by and through their undersigned counsel of record, stipulate as follows:

Whereas, Plaintiffs filed their First Amended Complaint ("FAC") on March 9, 2021; and

Whereas, current counsel for Defendants substituted into this case on March 15, 2021 (ECF Nos. 25, 26, 27, and 28); and

Whereas, Defendants believe that multiple claims for relief in Plaintiffs' FAC are subject to a motion to dismiss; and

Whereas, on March 31, 2021, pursuant to Judge Mendez's standing "Order Re Filing Requirements" (ECF No. 3-2), Plaintiffs' counsel and Defendants' counsel conducted a telephonic meet and confer to attempt to informally resolve the issues to be raised in Defendants' intended motion to dismiss; and

Whereas, counsel intends to continue to work together to attempt to resolve the issues in an effort to avoid a motion; and

Whereas, Defendants' response to the FAC is due to be filed on or before April 6, 2021 (ECF No. 18); and

Whereas, the parties jointly request additional time to meet and confer on Defendants' contentions regarding the FAC in an effort to avoid law and motion and to determine if certain claims for relief should be dismissed; and

Wherefore, the parties jointly seek an extension of time for Defendants to file move, plead, or otherwise respond for an additional 30 days.



2

STIPULATION TO EXTEND DEFENDANTS CITY OF STOCKTON,
DANIEL BURKE, PATRICK FRANDO, AND ABEL HINOJOS' TIME
TO RESPOND TO PLAINTIFFS' FAC & ORDER

Accordingly, it is stipulated that Defendants' time to move, plead, or otherwise respond to Plaintiffs' FAC is extended through and including May 6, 2021.

**IT IS SO STIPULATED.**

| | |
|---|---|
| As authorized on: April 2, 2021 | POINTER & BUELNA, LLP |
| | By: /s/ - *Patrick M. Buelna* <br> Patrick M. Buelna <br> Attorney for Plaintiffs |
| DATED: March 31, 2021 | HERUM\CRABTREE\SUNTAG |
| | By: /s/ - *Joshua J. Stevens* <br> Joshua J. Stevens <br> Attorney for Defendants <br> CITY OF STOCKTON, DANIEL BURKE, PATRICK FRANDO, and ABEL HINOJOS |

### SIGNATURE ATTESTATION

Pursuant to Eastern District of California Local Rule 131(e), I attest that I obtained agreement in placing Plaintiffs' counsel's e-signature on this document and filing the same with the Court.

By: /s/ - *Joshua J. Stevens*
Joshua J. Stevens

### ORDER

The Court, having considered the parties' stipulation, and good cause appearing, orders that Defendants City of Stockton, Daniel Burke, Patrick Frando, and Abel Hinojos' deadline to move, plead, or otherwise respond to Plaintiffs' First Amended Complaint is extended through and including May 6, 2021.

**IT IS SO ORDERED.**

DATED: April 2, 2021         /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3

STIPULATION TO EXTEND DEFENDANTS CITY OF STOCKTON, DANIEL BURKE, PATRICK FRANDO, AND ABEL HINOJOS' TIME TO RESPOND TO PLAINTIFFS' FAC & ORDER