DANA A. SUNTAG, (State Bar No. 125127)
JOSHUA J. STEVENS, (State Bar No. 238105)
HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700/Facsimile: (209) 472-7986
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for Defendants
CITY OF STOCKTON, DANIEL BURKE, PATRICK FRANDO, and ABEL HINOJOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BRASLEY, an individual; ANTONIA BRASLEY, an individual; ANTONIO BRASLEY, an individual; KENNETH BRASLEY, an individual; ISAAC BRASLEY, an individual; ANTEVIN BRASLEY, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF STOCKTON, a municipal corporation; DANIEL BURKE, in his individual capacity as a law enforcement officer; PATRICK FRANDO, in his individual capacity as a law enforcement officer; ABEL HINOJOS, in his individual capacity as a law enforcement officer; SAN JOAQUIN COUNTY, a municipal corporation; Doe 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-01967-JAM-CKD <br><br> **STIPULATION AND ORDER REGARDING PLAINTIFFS FILING A SECOND AMENDED COMPLAINT** <br><br> **[no hearing requested]** |

1

Plaintiffs Kevin Brasley, Antonia Brasley, Antonio Brasley, Kenneth Brasley, Isaac Brasley, and Antevin Brasley (collectively "Plaintiffs"); Defendants City of Stockton, Daniel Burke, Patrick Frando, and Abel Hinojos (collectively the "City Defendants"); and Defendant San Joaquin County (the "County") (jointly, "the Parties"), by and through their counsel of record, stipulate as follows:

## **RECITALS**

1. On October 1, 2021, Plaintiffs filed this lawsuit.

2. On March 9, 2021, Plaintiffs filed their operative First Amended Complaint ("FAC").

3. On March 15, 2021, current counsel for the City Defendants substituted into this case. (ECF Nos. 25, 26, 27, and 28.)

4. On April 12, 2021, the County filed an Answer to Plaintiffs' FAC. (ECF No. 32.)

5. The City Defendants believe that multiple claims for relief in Plaintiffs' FAC are subject to a motion to dismiss or a motion for judgment on the pleadings.

6. Pursuant to Judge Mendez's standing "Order Re Filing Requirements" (ECF No. 3-2), counsel for the City Defendants conducted multiple meet and confer efforts with Plaintiffs' counsel to attempt informally to resolve these issues.

7. Plaintiffs' counsel is in agreement to make some amendments to the FAC, as Plaintiffs and the City Defendants seek to resolve their disagreements without the need for law and motion. Plaintiffs' counsel has agreed to (a) dismiss Officer Burke from Claims I, II, III, VI, VIII, and IX; (b) dismiss Claim IV (denial of medical care) in its entirety; and (c) combine claims VIII and IX (false imprisonment and false arrest) into a single claim, since false imprisonment and false arrest are treated as a single claim under California law.

STIPULATION AND ORDER REGARDING PLAINTIFFS
FILING A SECOND AMENDED COMPLAINT

8. Pursuant to a previous stipulation and order extending the City Defendants' time to respond to the FAC (ECF No. 31), the City Defendants' response to the FAC is due on or before May 6, 2021.

9. The Parties believe the most cost effective and convenient way to accomplish the amendments Plaintiffs have agreed to is for Plaintiffs to file a Second Amended Complaint ("SAC") to reflect those amendments, since the amendments are not purely dismissals. The Parties request 30 days for Plaintiffs to file their SAC.

10. The Parties agree the City Defendants should then have 28 days to respond to Plaintiffs' SAC. The Parties further agree that since the claims against the County will be unchanged, the County should not be required to file an Answer to Plaintiffs' SAC, but reserves the right to do so.

## **STIPULATION**

1. IT IS STIPULATED AND AGREED that the City Defendants are excused from responding to Plaintiffs' FAC.

2. IT IS FURTHER STIPULATED AND AGREED that Plaintiffs shall file their SAC by no later than June 4, 2021.

3. IT IS FURTHER STIPULATED AND AGREED that the City Defendants have 28 days following the filing of Plaintiffs' SAC to move, plead, or otherwise respond to it.

4. IT IS FURTHER STIPULATED AND AGREED that the County is excused from responding to Plaintiffs' SAC, but may file an Answer to the SAC if the County chooses to do so.



STIPULATION AND ORDER REGARDING PLAINTIFFS
FILING A SECOND AMENDED COMPLAINT

**IT IS SO STIPULATED.**

As authorized on: April 5, 2021          POINTER & BUELNA, LLP

By: /s/ - *Patrick M. Buelna*
    Patrick M. Buelna
    Attorney for Plaintiffs

DATED: April 5, 2021          HERUM\CRABTREE\SUNTAG

By: /s/ - *Joshua J. Stevens*
    Joshua J. Stevens
    Attorney for Defendants
    CITY OF STOCKTON, DANIEL
    BURKE, PATRICK FRANDO,
    and ABEL HINOJOS

As authorized on: April 5, 2021          BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ - *Michael A. Slater*
    Michael A. Slater
    Attorney for Defendant
    SAN JOAQUIN COUNTY

## **SIGNATURE ATTESTATION**

Pursuant to Eastern District of California Local Rule 131(e), I attest that I obtained authorization to place e-signatures from Plaintiffs' counsel and the County's counsel on this document and to file this document with the Court.

By: /s/ - *Joshua J. Stevens*
    Joshua J. Stevens

## **ORDER**

The Court, having considered the Parties' stipulation, and good cause appearing, orders that:

1. The City Defendants are excused from responding to Plaintiffs' FAC;

2. Plaintiffs shall file a Second Amended Complaint consistent with the Parties' stipulation by no later than June 4, 2021;

3. The City Defendants shall have 28 days following the filing of Plaintiffs' SAC to move, plead, or otherwise respond to it; and

4



STIPULATION AND ORDER REGARDING PLAINTIFFS
FILING A SECOND AMENDED COMPLAINT

4. The County is excused from responding to Plaintiffs' SAC, but the County may file an Answer to the SAC if it chooses to do so.

**IT IS SO ORDERED.**

DATED: May 6, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

5

STIPULATION AND ORDER REGARDING PLAINTIFFS
FILING A SECOND AMENDED COMPLAINT