1   **ADANTÉ D.  POINTER, ESQ., 236229**
    **PATRICK M. BUELNA, ESQ., SBN 317043**
2   POINTER & BUELNA, LLP
    LAWYERS FOR THE PEOPLE
3   1901 Harrison St., Suite 1140,
    Oakland, CA 94612
4   Tel: 510-929-5400
    Website: www.LAWYERSFTP.COM
5   Email: APointer@LawyersFTP.com
    Email: PBuelna@LawyersFTP.com
6

7

8

9   Attorneys for Plaintiff(s)

10

11              **UNITED STATES DISTRICT COURT**

12          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14   KEVIN BRASLEY, et al.              )     Case No.: 2:20-cv-01967-JAM-CKD
                                        )
15              Plaintiffs,             )
                                        )     STIPULATION AND ORDER TO
16   v.                                 )     DISMISS PLAINTIFFS
                                        )
17   CITY OF STOCKTON, et al.           )
                                        )
18              Defendants.             )
                                        )

19

20

21

22

23

24

25

26

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140, Oakland, CA 94612
Tel: (510) 929 - 5400

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that Plaintiffs KENNETH BRASLEY, ISAAC BRASLEY, and ANTEVIN BRASLEY voluntarily dismiss their claims with prejudice in the above-captioned action, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:  November 9, 2022          POINTER & BUELNA, LLP
                                  LAWYERS FOR THE PEOPLE

                                   /s/Patrick Buelna
                                  PATRICK M. BUELNA
                                  Attorney for Plaintiffs

Dated:  November 9, 2022          /s/Joshua Steven_____ (as authorized on November 8, 2022)
                                  JOSHUA J. STEVENS
                                  Attorney for Defendants

Dated:  November 9, 2022          /s/Gregory Thomas____(as authorized on November 9, 2022)
                                  GREGORY B. THOMAS |
                                  Attorney for Defendant
                                  SAN JOAQUIN COUNTY

**IT IS SO ORDERED.**

Dated:  November 9, 2022           /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140, Oakland, CA 94612
Tel: (510) 929 - 5400